McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $9,100.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:20-MC-00095-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant

Stanley Stewart ("claimant"), by and through their respective counsel, as follows:

1.    On or about January 21, 2020, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,100.00 in U.S.

Currency (hereafter "defendant currency"), which was seized on October 25, 2019.

2.    The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

2  parties.  That deadline is April 20, 2020.

3       4.       As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May

4  20, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the

5  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

6  forfeiture.

7       5.       Accordingly, the parties agree that the deadline by which the United States shall be

8  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

9  alleging that the defendant currency is subject to forfeiture shall be extended to May 20, 2020.

10

11  Dated:    4/16/20            McGREGOR W. SCOTT
                                United States Attorney
12
                          By:   /s/ Kevin C. Khasigian
13                              KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney
14

15

16  Dated:    4/16/20            /s/ Samuel D. Berns
                                SAMUEL D. BERNS
17                              Attorney for potential claimant
                                Stanley Stewart
18                              (Signature authorized by email)

19

20       **IT IS SO ORDERED**.

21  Dated:  April 17, 2020

22

23  _____
    MORRISON C. ENGLAND, JR.
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

2